UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JANINA JAUREGUI-RUIZ; DEBBIE JONES；　　　　：
MELINDA JOSEPH; JAMIE MADISON;
EDILIA QUIROZ; CHARLES ROBERTS,　　　　　　：

　　　　　　　　　　　　　　　　　　　　　　：
　　　Plaintiffs,　　　　　　　　　　　　　　　　　　Civil Action
v.　　　　　　　　　　　　　　　　　　　　　：　　No. 04-11036-GAO

INDEVUS PHARMACEUTICALS, INC., F/K/A　　：
INTERNEURON PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME　　　　：
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH-　　　：
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS　：
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,　　　：

　　　Defendants.　　　　　　　　　　　　　　　　：
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated: August 25, 2004　　　　　　　　　Respectfully submitted,
　　　　Boston, Massachusetts

　　　　　　　　　　　　　　　　　　　　　　/s/Matthew J. Matule
　　　　　　　　　　　　　　　　　　　　　　Matthew J. Matule (BBO #632075)
　　　　　　　　　　　　　　　　　　　　　　SKADDEN, ARPS, SLATE,
Of Counsel:　　　　　　　　　　　　　　　　　　MEAGHER & FLOM LLP
Barbara Wrubel　　　　　　　　　　　　　　One Beacon Street
Katherine Armstrong　　　　　　　　　　　Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,　　　　　　　　　(617) 573-4800
　　MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　Indevus Pharmaceuticals, Inc.